[No. 10277–7–III.   Division Three.   June 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLAN L. MICHAUD, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 89–1–00177–3, Charles W. Cone, J., entered September 25, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 10333–1–III.   Division Three.   June 5, 1990.]

*In the Matter of the Marriage of* TAMI L. NUNLEY, *Appellant, and* DONALD G. NUNLEY, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–3–00562–0, Stephen M. Brown, J., entered October 4, 1989. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12027–5–II.   Division Two.   June 6, 1990.]

THE ESTATE OF MILDRED BURNHAM, *Respondent,* v. VIOLET CURTRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–4–00358–6, Frank E. Baker, J. Pro Tem., entered May 9, 1988. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.